Anthony L. JOHNSON, Plaintiff—
Appellant,

v.

THE CITY OF SEQUIM, a municipal corporation; Byron Nelson, Jr., Chief, individually and in his official capacity as Police Chief of the City of Sequim and his marital community; Bill Thomas, individually and in his capacity as Mayor of Sequim, and his marital community; Clallam County, a municipal corporation; W.J. Hawe, Sheriff, individually and in his official capacity, Defendants—Appellees.

No. 01–35371.
D.C. No. CV–00–05354–JKA.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 7, 2002.

Decided June 20, 2002.

Before BRUNETTI, TROTT and McKEOWN, Circuit Judges.

## ORDER *

Because the district court's judgment below leaves open a counter-claim, and because the record is devoid of any certification as required by Fed.R.Civ.P. 54(b), we lack jurisdiction to hear this appeal. *See* 28 U.S.C. § 1291; *Island Serv. Co. v. Perez,* 255 F.2d 559, 560–61 (9th Cir.1957). Accordingly, this matter is dismissed.

DISMISSED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.